IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:93CR71-4

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | O R D E R |
| ) | |
| ) | |
| RICHARD ANTHONY OWENS ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the hearing on the Defendant's supervised release violation from the November 20, 2006, calendar.

**IT IS, THEREFORE, ORDERED** that this case is continued from the November 20, 2006, sentencing calendar and is hereby **RESCHEDULED** for hearing on **TUESDAY, NOVEMBER 28, 2006, AT 2:00 PM, in Asheville, North Carolina**.

Signed: November 14, 2006

Lacy H. Thornburg
United States District Judge